UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEHAN ZIBOUKH, MARGRET PHILIE, VERA FIGLOCK, NICOLE MAY, TYANA DAUGHTERY, SOLALIZ HERNANDEZ, DEBRA KRYSTYN, I.E., A MINOR, CYNTHIA RODRIGUEZ, J.P., A MINOR, MIGUEL ACOSTA, VINSON MANGOS, NOAH KUPPER, J.P. A MINOR, CHRISTIAN VEGA, A.H. A MINOR, AND OLAYA BOURAKKADI AMRANI, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WHALECO INC. D/B/A TEMU, AND PDD HOLDINGS INC. F/K/A PINDUODUO INC., <br><br> Defendants. | Case No. 1:23-cv-15653 <br><br> District Judge Thomas M. Durkin <br><br> Magistrate Judge Maria Valdez |

**PLAINTIFFS' MOTION TO TRANSFER VENUE**

Plaintiffs move, pursuant to 28 U.S.C. § 1404(a), to transfer venue to the Eastern District of New York. This Motion is supported by the Memorandum of Law in Support of Plaintiffs' Motion to Transfer Venue, the Declaration of Steve W. Berman and accompanying exhibits, and all of the files, records, and proceedings herein. Defendants have expressed that they intend to oppose this motion.

Plaintiffs respectfully request that the Court enter an order transferring this action to the Eastern District of New York.

DATED: March 29, 2024  Respectfully submitted,

*/s/ Steve W. Berman*
Steve W. Berman (Bar No. 3126833)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Jeannie Evans (Bar No. 6296339)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4962
Facsimile: (708) 628-4952
jeannie@hbsslaw.com

Douglas G. Smith
**AURELIUS LAW GROUP LLC**
77 West Wacker Drive, Suite 4500
Chicago, IL 60601
Telephone: (312) 451-6708
dsmith@aureliuslawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2024, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

>	*/s/ Steve W. Berman*
>	Steve W. Berman